

**FILED**
**JUN 1 8 2024**
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-CR-10025 |
| ) | |
| DALTON LEE MATTUS, ) | VIO: 18 U.S.C. § 922(g); 18 U.S.C. |
| ) | § 922(j); 26 U.S.C. § 5861(d) |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Felon in Possession of a Firearm)
### 18 U.S.C. § 922(g)

On or about May 17, 2024, in Tazewell County, in the Central District of Illinois,

**DALTON LEE MATTUS,**

defendant herein, having knowingly been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm.

In violation of Title 18, United States Code, Section 922(g).

1

## COUNT TWO
### (Possession of a Stolen Firearm)
### 18 U.S.C. § 922(j)

On or about May 17, 2024, in Tazewell County, in the Central District of Illinois,

**DALTON LEE MATTUS,**

defendant herein, did possess, conceal, store, barter, sell, and dispose of a firearm, said firearm having been shipped and transported in interstate and foreign commerce, which the defendant knew and had reasonable cause to believe was stolen.

In violation of Title 18, United States Code, Sections 922(j).

## COUNT THREE
### (Unlawful Possession of an Unregistered Destructive Device)
### 26 U.S.C. § 5861(d)

On or about May 17, 2024, in Tazewell County, in the Central District of Illinois,

**DALTON LEE MATTUS,**

defendant herein, knowingly possessed a firearm, namely, a destructive device in the form of an explosive and incendiary bomb, not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

## FORFEITURE ALLEGATION

1. The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 26, United States Code, Section 5861(d), the defendant, **DALTON LEE MATTUS**, shall forfeit to the United States of America, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to: all destructive devices and destructive device components seized on May 17, 2024, from a white Chevrolet Malibu with license place EG30585 and the residence located at 30 S. 2nd Street, Apt. 9, Pekin, Illinois.

All pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

A True Bill,
s/ Foreperson

Redacted

Foreperson

GREGORY K. HARRIS
UNITED STATES ATTORNEY

RLH

4